**FISH & RICHARDSON P.C.**
Neil J. McNabnay (*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr. (*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, Texas  75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendant
LAS VEGAS SANDS CORP.

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC, | 2:18-CV-00865-RFB-NJK |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| LAS VEGAS SANDS CORP., | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC and Defendant Las Vegas Sands Corp., by and through their undersigned counsel of record, that Las Vegas Sands Corp. shall have until July 16, 2018, to respond to the Complaint. The extension is sought to allow Las Vegas Sands Corp. sufficient time to analyze Plaintiff's Complaint and obtain local counsel. The extension is not sought for the purpose of improper delay.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 4, 2018

By */s/ Mark Borghese*                          By */s/ Neil J. McNabnay*
_____                _____

   Mark Borghese                          Neil J. McNabnay
   Nevada Bar No. 6231                     (*pro hac vice* application to be filed)
   mark@borgheselegal.com                  mcnabnay@fr.com
   10161 Park Run Drive, Suite 150         Ricardo J. Bonilla
   Las Vegas, Nevada 89145                 (*pro hac vice* application to be filed)
   Telephone: (702) 382-0200               rbonilla@fr.com
   Facsimile: (702) 382-0212               Lance E. Wyatt, Jr.
                                           (*pro hac vice* application to be filed)
   Larry C. Russ                           wyatt@fr.com
   (*pro hac vice*)                        1717 Main Street, Suite 5000
   lruss@raklaw.com                        Dallas, TX 75201
   Marc A. Fenster                         Tel. 214.747.5070
   (*pro hac vice* application to be filed) Fax: 214.747.2091
   mfenster@raklaw.com
   Benjamin T. Wang                        ATTORNEYS FOR DEFENDANT
   (*pro hac vice*)                        LAS VEGAS SANDS CORP.
   bwang@raklaw.com
   Kent N. Shum
   (*pro hac vice* application to be filed)
   kshum@raklaw.com
   Bahrad A. Sokhansanj
   (*pro hac vice*)
   bsokhansanj@raklaw.com
   12424 Wilshire Boulevard, 12th Floor
   Los Angeles, California 90025
   Telephone: (310) 826-7474
   Facsimile: (310) 826-6991

   ATTORNEYS FOR PLAINTIFF
   LINKSMART WIRELESS
   TECHNOLOGY, LLC

<u>**ORDER**</u>

   **IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 5, 2018
_____