| | |
|---|---|
| 1 | **SNELL & WILMER L.L.P.**<br>Patrick Byrne |
| 2 | Nevada Bar No. 7636<br>pbyrne@swlaw.com |
| 3 | 3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89168 |
| 4 | Telephone: (702) 784-5200 |
| 5 | **FISH & RICHARDSON P.C.**<br>Neil J. McNabnay (*pro hac vice* application to be filed) |
| 6 | mcnabnay@fr.com<br>Ricardo J. Bonilla (*pro hac vice* application to be filed) |
| 7 | rbonilla@fr.com<br>Lance E. Wyatt, Jr. (*pro hac vice* application to be filed) |
| 8 | wyatt@fr.com<br>1717 Main Street, Suite 5000 |
| 9 | Dallas, Texas 75201<br>Telephone: (214) 747-5070 |
| 10 | Facsimile: (214) 747-2091 |
| 11 | Attorneys for Defendant<br>LAS VEGAS SANDS CORP. |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS SANDS CORP.,<br><br>Defendant. | 2:18-CV-00865-MMD-NJK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED between Plaintiff Linksmart Wireless Technology, LLC and Defendant Las Vegas Sands Corp., by and through their undersigned counsel of record, that Las Vegas Sands Corp. shall have until August 15, 2018, to respond to the Complaint. The extension is sought to allow Las Vegas Sands Corp. sufficient time to analyze Plaintiff's

/ / /

/ / /

-1-

Complaint. The extension is not sought for the purpose of improper delay.

**IT IS SO STIPULATED AND AGREED.**

Dated: July 12, 2018

By */s/ Mark Borghese*      By */s/ Patrick Byrne*

Mark Borghese
Nevada Bar No. 6231
mark@borgheselegal.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 382-0200
Facsimile: (702) 382-0212

Larry C. Russ
(*pro hac vice*)
lruss@raklaw.com
Marc A. Fenster
(*pro hac vice* application to be filed)
mfenster@raklaw.com
Benjamin T. Wang
(*pro hac vice*)
bwang@raklaw.com
Kent N. Shum
(*pro hac vice* application to be filed)
kshum@raklaw.com
Bahrad A. Sokhansanj
(*pro hac vice*)
bsokhansanj@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

ATTORNEYS FOR PLAINTIFF
LINKSMART WIRELESS
TECHNOLOGY, LLC

Patrick Byrne
Nevada Bar No. 7636
pbyrne@swlaw.com
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89168
Tel. 702.784.5200

Neil J. McNabnay
(*pro hac vice* application to be filed)
mcnabnay@fr.com
Ricardo J. Bonilla
(*pro hac vice* application to be filed)
rbonilla@fr.com
Lance E. Wyatt, Jr.
(*pro hac vice* application to be filed)
wyatt@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
Tel. 214.747.5070
Fax: 214.747.2091

ATTORNEYS FOR DEFENDANT
LAS VEGAS SANDS CORP.

**<u>ORDER</u>**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2018

4844-6972-9645

-2-