# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINKSMART WIRELESS
TECHNOLOGY, LLC,

    Plaintiff(s),

vs.

LAS VEGAS SANDS CORP.,

    Defendant(s).

Case # 2:18-cv-00865-MMD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Lance E. Wyatt, Jr._____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Fish & Richardson
(firm name)

with offices at     1717 Main Street, Suite 5000
    (street address)

Dallas , Texas , 75201 ,
(city) (state) (zip code)

214-760-6155 , wyatt@fr.com .
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Las Vegas Sands Corp. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

3. That since _____November 6, 2014_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Texas_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Texas | 11/6/2014 | 24093397 |
| USDC - Eastern District of Texas | 11/30/2017 | |
| USCA - Federal Circuit | 8/7/2017 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

State of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Texas___ )
)
COUNTY OF ___Dallas___ )

___Lance E. Wyatt, Jr.___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___3rd___ day of ___August___, ___2018___.

___Katie Bly___
Notary Public or Clerk of Court

KATIE BLY
My Notary ID # 131430281
Expires January 31, 2022

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Patrick G. Byrne___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Snell & Wilmer L.L.P., 3883 Howard Hughes Parkway, Suite 1100___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city) (state) (zip code)

___(702) 784-5200___, ___pbyrne@swlaw.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Patrick G. Byrne_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/ Calvin Siemer_____
(party's signature)

Calvin Siemer, Deputy Global General Counsel, SVP
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Patrick Byrne_____
Designated Resident Nevada Counsel's signature

#7636                    pbyrne@swlaw.com
Bar number               Email address

APPROVED:

Dated: this __23rd__ day of __August__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Lance Eric Wyatt Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2014.

I further certify that the records of this office show that, as of this date

**Lance Eric Wyatt Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of August, 2018.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 3946C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.