# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LINKSMART WIRELESS TECHNOLOGY, LLC

  Plaintiff(s),

vs.

LAS VEGAS SANDS CORP

  Defendant(s).

Case # 2:18-cv-00865-MMD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

  ___Andrew D. Weiss___, Petitioner, respectfully represents to the Court:
    (name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

___Russ August & Kabat___
(firm name)

with offices at ___12424 Wilshire Boulevard, 12th Floor___,
        (street address)

___Los Angeles___, ___California___, ___90025___,
 (city)      (state)    (zip code)

___310-826-7474___, ___aweiss@raklaw.com___.
(area code + telephone number) (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

___Linksmart Wireless Technology, LLC___ to provide legal representation in connection with
  [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/01/2004. Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Central District of California | 12/21/2004 | 232974 |
| USDC Northern District of California | 8/30/2005 | 232974 |
| USDC Eastern District of California | 1/13/2009 | 232974 |
| US Court of Appeal for the Federal Circuit | 7/17/2006 | 232974 |
| Pennsylvania Bar Association | 2/16/2016 | 321751 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) none

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) none

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) none

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
COUNTY OF Los Angeles )

_____Andrew D. Weiss_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

9th day of July, 2019.

_Danielle A. Hickey_
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
Danialle L. Hickey, Notary Public
Lancaster County
My commission expires October 8, 2022
Commission number 1341788
Member, Pennsylvania Association of Notaries

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Mark Borghese_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10161 Park Run Drive, Suite 150_____
(street address)

_____Las Vegas_____, _____Nevada_____, _____89145_____
(city) (state) (zip code)

_____702-382-0200_____, _____mark@borgheselegal.com_____
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Mark Borghese_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____/s/_____
(party's signature)

Koichiro Ikudome, CEO
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____/s/ Mark Borghese_____
Designated Resident Nevada Counsel's signature

6231                         mark@borgheselegal.com
Bar number                   Email address

APPROVED:

Dated: this 11th day of July, 20 19.

_____/s/_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

The State Bar of California

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105     888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

June 20, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW DAVID WEISS, #232974 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2004; that from the date of admission to January 26, 2016, he was an ACTIVE licensee of the State Bar of California; that on January 26, 2016, he transferred at his request to the INACTIVE status; that from that date to May 16, 2016, he was an INACTIVE licensee of the State Bar of California; that on May 16, 2016, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Andrew David Weiss, Esq.*

**DATE OF ADMISSION**

*February 16, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 20, 2019

Patricia A. Johnson
Chief Clerk